2-23-04
CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 FEB 20  P 12:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHRISTINA R. CURCURU,
    Plaintiff,

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY and
AMTRAK,
    Defendants.

DOCKET NO. 03-12599-MLW

## COURT ORDER

The Plaintiff in the above-captioned matter, by and through her counsel, John P. Matheson, who has certified to this Court that any CORI information released to him shall be used solely for impeachment and trial strategy and that such CORI information shall not be disclosed to unauthorized persons in violation of Massachusetts General Laws, c. 6, §167, et seq, or 803 CMR 2.00 et seq, it is hereby ordered that:

1. Plaintiffs' Counsel is hereby granted access to all criminal records, without limit, of the following individual, that are in the custody and record of the Criminal History Systems Board, including but not limited to access to obtain, pursuant to Massachusetts General Laws, c. 6, §172(c), all CORI criminal record information in the custody and control of the Probation Department and/or the Criminal History Systems Board ("CHSB"), and all conviction and probation records of:

**Eric Hardy, DOB 10/5/70; formerly of: 6 Old Road, Salem, Massachusetts; presently residing: 15 Louis Lane, Hampstead, New Hampshire.**

2. It is also ordered that the Plaintiffs have the right to secure a certified copy of the Mr. Hardy's convictions and appearance of counsel.

3. It is also ordered that this CORI information shall be used only by the plaintiff, by and through her Counsel, John P. Matheson, for cross-examination and/or impeachment at trial of this matter, and that such CORI information shall not be disclosed to unauthorized persons in violation of Massachusetts General Laws, c. 6, §167, et seq, or 803 CMR 2.00 et seq.

So ordered on this 16th day of MARCH, 2004.

_____ Tauro, D.J.