UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINA R. CURCURU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY )<br>and AMTRAK, )<br>)<br>Defendants. )<br>) | C.A. No. 03 12599 JLT |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiff Christina Curcuru ("Ms. Curcuru"), Defendant Massachusetts Bay Transportation Authority ("MBTA"), and Defendant National Railroad Passenger Corporation ("Amtrak") submit this Joint Statement pursuant to LR 16.1 and the Court's Notice of Scheduling Conference, dated September 20, 2005.

### I.   JOINT DISCOVERY PLAN

| | |
|---|---|
| May 1, 2006 | Completion of all written discovery and depositions, expert designations and answers to expert interrogatories. |
| June 5, 2006 | Completion of expert depositions. |

### II.   PROPOSED SCHEDULE FOR FILING OF MOTIONS

| | |
|---|---|
| July 10, 2006 | Filing of all dispositive motions. |

III.  **CERTIFICATIONS OF COUNSEL & AUTHORIZED REPRESENTATIVES**

The certifications of the parties and their counsel will be filed at the Scheduling Conference.

IV.  **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

The parties propose the following agenda for the Scheduling Conference:

- Pretrial schedule of discovery and motions.
- Status of settlement discussions.

V.  **TRIAL BY MAGISTRATE**

The parties do not consent to trial by magistrate judge.

WHEREFORE, Ms. Curcuru, the MBTA, and Amtrak request that the Court approve their proposed discovery and motion schedules, with such amendments as the Court deems just and proper.

**Respectfully submitted,**

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| Christina Curcuru, | National Railroad Passenger Corp. |
| By her attorney, | By its attorneys, |

| | |
|---|---|
| s/John P. Matheson | s/Stephen E. Hughes |
| Fredric Swartz, BBO No. 489560 | John A. Kiernan, BBO No. 271020 |
| Timothy G. Lynch, BBO No. 546442 | Stephen E. Hughes, BBO No. 629644 |
| John P. Matheson, BBO No. 651742 | Bonner Kiernan Trebach & Crociata, LLP |
| Swart McKenna & Lynch, LLP | One Liberty Square |
| Old City Hall, 45 School Street | Boston, MA 02109 |
| Boston, MA 02108 | (617) 426-3900 |
| (617) 367-2882 | |

DEFENDANT,
Massachusetts Bay Transportation Authority,
By its attorneys,


s/Paul J. Sahovey                         DATED: October 10, 2005
Paul J. Sahovey, BBO No. 271020
Massachusetts Bay Transportation Authority
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189