UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHRISTINA R. CURCURU,

   Plaintiff,

v.                                                         C. No. 03 12599 JLT

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
and AMTRAK,

   Defendants.

## DEFENDANT AMTRAK'S CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 16.1, Defendant National Railroad Passenger Corporation (d/b/a Amtrak) and its counsel, Bonner Kiernan Trebach & Crociata, LLP, have conferred regarding: (a) the budget for the costs of conducting the full course [of] the above-captioned matter; and (b) considered various alternative courses - of the litigation of [and] resolution of the litigation through the use of alternative dispute resolution programs as outlined [in] Rule 16.4.

_____           _____
John A. Kiernan BBO No. 271020             [     ] Starr
Stephen E. Hughes BBO No. 629644           Claims Representative
BONNER KIERNAN TREBACH &                   NATIONAL RAILROAD PASSENGER
CROCIATA                                   CORPORATION, (d/b/a Amtrak)
One Liberty Square - 6th Floor             [   ] Street
Boston, MA 02109                           [Bos]ton, MA 02210
(617) 426-3900                             (7) 345-7628

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify [that on] October 19, 2005, hand-delivered a copy of the foregoing document to counsel for each [party].

_____
Stephen E. Hughes