UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINA R. CURCURU, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 03-12599-JLT |
| | * | |
| MASSACHUSETTS BAY | * | |
| TRANSPORTATION AUTHORITY | * | |
| and AMTRAK, | * | |
| | * | |
| Defendants. | * | |

ORDER

October 19, 2005

TAURO, J.

After a conference on October 19, 2005, this court hereby orders that:

1. The Plaintiff may depose the following: (1) Eric Hardy; (2) Christopher Guard; and (3) Detective Best;

2. The Defendants may depose the following: (1) Christina R. Curcuru; and (2) Susan Jampel;

3. All depositions must be completed by January 31, 2006;

4. No additional discovery will be permitted without leave of this court; and

5. The Parties will appear before the court on February 7, 2006 at 10:00 a.m. for a Final Pretrial Conference.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge