# EXHIBIT B

| | |
|---|---|
| 1-13-06 | fatigue since last period off + on |
| meds ∅ | nausea, mood swings. Vegitarian x 4 yrs. |
| | Abortion last june  BP 100/80 P 72  T 98 |
| | Urine HCG ⊕ |
| All | LMP 12/7/05 (came early) |
| NKDA | heavy, ended fast |
| | sleeping a lot |

Heent nl
Abd benign
Cx nl  PAP qineprobe done

√ B-hCG mmr LFT TSH βsub
Tri spinter

Name: Christina Curcuru   Unit No.

| Date | Notes |
|---|---|
| 10-26-04 | urine frequency burning |
| meds: ∅ | BP 100/70 P64 T 97.1 |
| | ∅ CVA tenderness |
| | Abd benign |
| All: Septra sulfa | U/A ⊕ luk ⊕ blood |
| | UTI |
| | Macrobid 100 BID (20) |
| | |
| 4-26-05 | Pt took claritin ⊕ yesterday sx's alot worse. |
| meds: ∅ | sinus pressure+pain, chest conj. green + yellow when she blows her nose, dry cough |
| | BP 110/80 P64 T 98.9 |
| All: Septra Sulfa | TM's ⊕ inj |
| | NA inj |
| | Nbl |
| | lungs ___ |
| | Sinusitis |
| | Aug 875 (20) |
| 6/3/05 | PE, see blue sheet |

Stop                              Do Not Write Below This Line

**PROGRESS RECORD** — **AMY BONNER ESDALE, M.D.**

| | |
|---|---|
| 3/1/04<br>Meds<br>Megestrol<br>40mg<br>qd<br>(Allergic Sulfa) | Irregular bleeding —<br>lg clots went to ER<br>⊖ iuv / Dr Keenan gave her<br>px to stop bleeding<br><br>intercourse is painful<br>penetration & also deeper<br><br>Exam small endometrial<br>polyps & bleeding<br>PAP done<br>Bimanual nl<br><br>Imp dysfunctional bleeding<br><br>Plan Depo |
| 3-19-04<br>Meds<br>Necon<br>All 7<br>Septra | discuss thr<br>134/82 97⁴<br><br>ACUS PAP discussed c̄ pt<br><br>Refer gyn — |

Stop

PROGRESS RECORD                    AMY BONNER ESDALE, M.D.

Name: _____   Unit No: _____

| | |
|---|---|
| 10/30/02 | F/u labs drawn Monday. |
| Allergies ∅ | T. 97.5    BP 120/78    P. 76  R. 16 |
| | 20 yo ♂ for F/u p̄ P.E. States ⊕ 6 yr history of ⊕ cw |
| | pain. Onset usually @ rest. Never painful w/ Physical |
| Meds ∅ | Activity. 24° Holter, EKG, CXR. 1st seen + Rx for Pleurisy |
| | w/o any Δ ī pain. Unknown Family History d/t adopt. |
| | wnl – chol, creatin, nl K, not anemic, nl thyroid |
| | level. States met father + noted Hx of Cardiac Bullae w/ |
| | similar symptoms. No SOB, sweaty, no dizzy, no HA, |
| | no motor tingling. Unclear Pathology. |
| | PE: well appearing ♂ – |
| 10-26-04 | |
| Meds: | eNot |

Stop                                   Do Not Write Below This Line

**PROGRESS RECORD**                **AMY BONNER ESDALE, M.D.**

10-25-01  A: From H&P

Fatigue R/o thyroid
R/o anemia

P: Labs, PPD
F/U p labs
Skin Sx
↑ NP

7-16-02  pt here c/o pain in heart
BP 104/72, P 66, R 16, T 96.3
L ear pops @ times

S/ "ache" & pressure in chest radiates into
L shoulder blade & L arm; worst @ rest/night
lasts for hrs; Advil helps, exercise relieves pain
O/ RRR, lungs clear b/l ⊕ pleuritic ∅ SOB
A/ ~~Unstable angina~~ atypical chest pain
P/ EKG, ~~CKMB~~, X-ray PA/lateral, stress test, echocardiogram

Imp pt body habitus c/w
Marfans
Await dx studies

| Name | | Unit No. |
|---|---|---|

| | |
|---|---|
| 10·25·01 | CC: 4 months Stomache Aches. |
| Meds | off and on - cramping - no diarrhea. |
| ø | ① Questioned yeast infection x 1 week. |
| | tried Monistat 1 - Improved - fatigued - |
| Allergies | ② Painful intercourse, burning and  ↑↑ 1800 |
| Septra | Swelling post ~~about~~ error intercourse |
| | ③ Request screening STD's. |
| PMH: | 108/64   64   12   97.7 |
| Asthma | LMP: 10-10-01 x 6 d Nml Flow   K. Paullard |
| | PMP: 9-01 - no September |
| SH: | Sexual Relations c̄ 1 ♂ partner - uses condom - |
| ⊕ cigs | "All the time". In ~~~~ 9-01 - unprotected |
| ⊕ EtOH - Heavy | Sx while drinking. |
| "I'm trying | H/O STI: Denies.   Last Pap: 8-00 + WNL |
| to quit" | Sexual Partners: 8 partners - ♀ raped at age 16 y.o. |
| FHx: Adopted | O: Skin: W+D ⊘ R/L Piercing - Lower lip  √ |
| Biological family | HEENT: OM's ⊕ Pharynx ~~~~   √ |
| ⊖ EtOH | Neck: Supple ⊘ Nodes |
| | Chest: ⊘ W/R   Lungs: CTA B/L ⊘ R/R |
| | CV: S1 S2 |
| | Abd: Belly piercing, round, soft, NT, ⊘ HSM |
| | GU: Nml BSUCGAN, ⊖ BUS ⊖ Lesions |
| | Vagina Mod D/C ⊕ thin homogenous D/C ⊖ Lesions |
| | Cervix Nulip ⊖ CMT AV. |
| | Uterus: Firm, Mobile, ⊘ Masses   Adnexa: NT ⊘ Masses |
| | A: Vag D/C R/O Vaginitis R/O STD |
| | High Risk Behaviors |

PROGRESS RECORD                    AMY BONNER ESDALE, M.D.

Christina Cucurice

| | |
|---|---|
| 12.7.00 | f/u → back pain : pt states she feels better - but is still experiencing a pain under her (L) breast that "moves" |
| Meds Ibuprofen 600mg ī prn | 108/56 -76- 16- 98° |
| Allergies Septra | Tight [illegible] & paraspinus thoracic [illegible] [illegible] to A [illegible] (+) tender (L) mt chest wall

Musculoskeletal pain

Cont ibuprofen
[signature] |
| 4/9/01 | Pt No Menses for 2 wks was requesting pregnancy test
PMarques |
| 4/26/01 | Pt requesting AIDS test Signed consent form in Lab
PMarques |

Stop                                   Do Not Write Below This Line

| | |
|---|---|
| 12·1·00 | c/o Lt. sided pain × sev wks — |
| Meds ⊖ | also — pt initially made appt |
| | re: ? of retained tampon — but now |
| | feels there is ∅ prob — VR |
| Allergies | 110/60  68  14  97° |
| Septra | |

Left upper back pain radiating to front, beneath left breast since the summer —
gets sharp pain when she takes a deep breath —
↑ hiccups ↑ belching —
Sx worse in night & she wakes up

lungs clear to A
No nsn of
some paraspinous tendns
adj to left scapula
⊕ tendns ⊕ ribs

Neg pulmonary c/p
Plan: CXR LT ⓁRib detail
Ibuprofen 600 q d

Stop                                    Do Not Write Below This Line

**PROGRESS RECORD**    **AMY BONNER ESDALE, M.D.**

7/31/00 — Pap only. pt. stopped taking Septra for UTI had a reaction of cramping to let

Meds — ∅
Allergies — Septra

120/70    72 — 18 p/marques

⊕ fry ⊕ ⓛ pelvic tenderness

∅ CVA tenderness

Abd not BS soft non-tender
Pelvic ⊘ CX tenderness
non tender ⊘ ⓛ adnexal tenderness

Pelvic pain

✓ Pelvic U/S
✓ Urine C&S
RTC for CPX

8/29/00 — Re: See blue sheet also pt states Nausea not eating much no appetite when pt is excited or upset still experiencing pain in ⓛ ABD.

Stop                                      Do Not Write Below This Line

**PROGRESS RECORD**                       **AMY BONNER ESDALE, M.D.**

| Name | | Unit No. |
|---|---|---|
| Christina [illegible] | | 18415 |

| | |
|---|---|
| 7/25/00 | New pt. |
| Meds | Lower abd pain Ⓡ side for |
| Ⓝ | 3 weeks now. Pain radiates through |
| | stomach |
| Allergies | 97.4   122/72   78   18   p marques |
| Ⓝ | |
| | Ⓛ inguinal pain – constant |
| | esp sitting or shooting down |
| | 2d ago entire lower abd aches |
| | |
| | LMP 7/11/00 |
| | |
| | ⊕ SA using condoms – |
| | having running pee ⊕ [illegible] |
| | Ⓞ orange, strong smelling |
| | |
| | ∅ CVA tender |
| | N/V [illegible] |
| | |
| | UTI |
| | ✓ Urine C+S |
| | Septra DS (20) |
| | RTC for pap before 8/5 |

Stop                                   Do Not Write Below This Line

**PROGRESS RECORD**                **AMY BONNER ESDALE, M.D.**

Date: 8-29-00
Name: Christina Curcuru   Age: 18   DOB: 4.4.82
History/Systems review 1-2 weeks   ROS: CV Normal ✓ RESP NORMAL ✓
Wakes up nauseated & tired              GI Normal ✓ NEURO Normal ✓
appetite is poor, vomiting reduced     MS Normal ✓ PSYCH Normal (+)
                                        General very anxious —
                                        prev. panic attacks

Medications: ∅

Medication Allergies: Septra
Periods: Duration 5-6d  Cycle reg  Flow 2d  [new]  Cramping ∅  STD ∅  ABN PAP ∅
LMP: 8/16/00  Last PAP: 7/00  Last MAMMOGRAM: ___  BC Method: Condoms
Smoking 1 ppd - 1½ yrs  Alcohol beer/ETOH sporadic  Substances ∅  wants bcp
Risks Seatbelts (+)  HIV discussed risks  Cardiac ___  Cancer ___
Social History: Starting broadcast school @ MASS Comm.
will live c parents & commute
Physical Exam: Temp 96.8  BP 132/80  Pulse 70  Resp 18  WT 147½  HT 59¼
   HEENT  Nl        Neck  Nl
   Lungs  Nl        Heart  NSR
   Breasts: Inspection nl ✓ Nipples nl ✓ Palpation nl ✓ Axilla nl ✓

   Abdomen  Nl
   Extremities/Back/Joints  Nl
   Neurological: Nl        Skin  Nl
   Pelvic  — done 7/31
   Testicular ___          Rectal  Nl
Laboratory/Xray ___                     Bsub
Mammogram ∅  Stool OB ∅  XRay/US ___
IMPRESSION: Well pt

Prescriptions/Treatments/Recommendations/ Ortho Tricyclen

Referrals  Nm

Return Appointment ___  Signed ___ M.D.
FOR PAST MEDICAL HISTORY AND FAMILY HISTORY, SEE UPDATED PROBLEM LIST

* See p notes

Date: 10/21/02

Name: CHRISTINA CURCURU    Age: 20    DOB: 4/4/82

History/Systems review: ⊕ occurrence of ⊕ CW/Breast
Prior 2 years ā a true Dx.
Whole use - Quit Smoking, ⓡ knee injury
• Asthma w/ when aller - ⊘

ROS: CV Normal +  RESP NORMAL +
GI Normal ⊖  NEURO Normal ⊖
MS Normal +  PSYCH Normal
General _____

Medications: ⊘

Medication Allergies: SEPTRA

Periods: Duration q 28-30 d    Cycle ___   Flow ___   Cramping +   STD ⊘   ABN PAP ⊘
LMP: 10/06/02    Last PAP: 11/01    Last MAMMOGRAM: ⊘    BC Method: ⊘
Smoking 1 pk a day / Tried    Alcohol quit this summer    Substances ⊘
Risks Seatbelts ⊕    HIV ___    Cardiac ___    Cancer ___
Social History: Adopted - Waitressing @ Cameron's - flying Chevy @ Radio Broadcast
Stopped using stuff

Physical Exam: Temp 98   BP 116/62   Pulse 60   Resp 12   WT 145#   HT 5'10½"
HEENT ENT          Neck supple
Lungs ABS CTA     Heart S₁S₂ nr ⊘ tender to ⓡ CW w/ palpation
Breasts: Inspection nl ✓  Nipples nl ✓  Palpation nl ✓  Axilla nl ✓
                                    after noon
Abdomen soft ⊘ tender ⊘ HSM
Extremities/Back/Joints WAEx 4 -
Neurological CNII-XII ib    Skin (+) changes no significant discoloration
Pelvic PAP taken ⊘ cyst ⊘ adnexal tender
Testicular ___    Rectal ___

Laboratory/Xray C. Reactive Protein / Homocysteine / Ca125 / TSH
Mammogram ___  Stool OB ✓  XRay/US ___

IMPRESSION: well healthy ♀

Prescriptions/Treatments/Recommendations: • Multi Vit w/ B Caplet
    • (+) ⓛ Chest discomfort w/ ↓ of w/ u ⊖ past
w/ US/ stress test / SR    Pt. @ FH - ads + Early Hysterectomy w/ mother, aunts etc
    → Ca 125 / C. reactive prot / Homocyst

Referrals ⊘ + Family Community Service w/ needed Attorney, Caselli

Return Appointment 7-10 days    Signed _____ FNP C _____ M.D.

FOR PAST MEDICAL HISTORY AND FAMILY HISTORY, SEE UPDATED PROBLEM LIST

Date: 6/9/05

Name: Christina Curcuru                                    Age: 23  DOB: 4/4/1982
History/Systems review (+) HCG today         ROS: CV Normal ✓  RESP NORMAL ✓
Vague nausea                                             GI Normal (+)  NEURO Normal ✓
_____                   MS Normal ✓  PSYCH Normal ✓
_____                   General _____

Medications: ∅ _____

Medication Allergies: ∅ _____

Periods: Duration____ Cycle____ Flow____ Cramping____ STD____ ABN PAP____
                                                                                       wants b/c
LMP: 4/28/05  Last PAP: 6/04   Last MAMMOGRAM:____ BC Method: _____

Smoking 1/3 pack/day Alcohol social   Substances ∅   HIV Risks _____
                           CAGE ⊖
Social History: Lives c boyfriend. Pt manages her
salon "Lords & Ladies"
Domestic Safety: Referral____
                                    (8am)
Physical Exam: Temp 97.3 BP 110/80 Pulse 80 Resp 19 WT 135 HT 69½"
       HEENT____ nl ____ Neck ____ nl ____
       Lungs ____ nl ____ Heart ____ nl ____
       Breasts: Inspection nl ✓ Nipples nl ✓ Palpation nl ✓ Axilla nl ✓

       Abdomen ____ nl ____
       Extremities/Back/Joints ____ nl ____
       Neurological: ____ nl ____ Skin ____ nl ____
       Pelvic   deferred (+) HCG
       Testicular ____           Rectal ____
Laboratory/Xray  CBC d TFT LFT quant HCG
Mammogram ∅ Stool OB ∅ XRay/US ____

IMPRESSION: Well pt.
Health Risks: Obesity__ Smoking__ HTN__ FH__ DM__ Sedentary__ Substances__ Other__

Prescriptions/Treatments/Recommendations/_____

Colonoscopy: offered__ accepted__ Refused__

Referrals: Campbell GYN / Lynn

Return Appointment _____ Signed _____ M.D.

FOR PAST MEDICAL HISTORY AND FAMILY HISTORY, SEE UPDATED PROBLEM LIST