# EXHIBIT D

Christine C.   DOB 9/4/82

| Date | Note |
|---|---|
| 11/1/05 | Intake: (Referred by John Matheson – says was involved in traumatic incident) Chr. arrived c̄ boyfriend who waited outside. Somewhat distressed, but controlled; said was assaulted on train, & gave other examples of people taking advantage / trust. c/o loss of motivation, loss of prev. interests – music, writing – diminished contact c̄ friends. Goals for tx: understanding self, recovery of motivation & confidence, elim. of excessive self-criticism (ego-dystonic?) irritability. |
| 11/10/05 | Phone msg. fr. Chr. – ⏀ tolerate travel to Boston for appt's, but liked 1st session. (Will ask Jody if I can use NBCS for her) |
| 11/14/05 | Called Chr, offered to meet at NBCS, agreed for trial appt. |
| 11/21/05 | NBCS OK c̄ Chr; we'll meet Mon's. Began life hx – very confusing to me – Lou Anne is M, Mary is Mom, birth F is Host, Phil is Dad. Chr. noticed assault – upset, M is supportive – Chr. angry c̄ this. Chr. ⏀ blame herself beyond initial willingness to spk c̄ perp, i.e. she'd not/spk c̄ before. Hx ⍉ bro Steven being mean to her. |
| 11/28/05 | Upset after prev. hr. – sleepless & cried. ⏀ understand why she felt sorry for bro who threw things & yelled at her; she resisted, but still felt sorry. |
| 12/05/05 | Worried re upcoming deposition – who'll be there, will she be nervous, etc. |
| 12/12/05 | Deposition hard – cried after. Cont'd hx: Assertive in the face of unfairness, but good student. Started college 2001, assault in 01 – 5th semester. |
| 01/18/06 | Focus on work issues – Owner asked if she'd like to manage new shop in Burl. Looked at difficulty c̄ customers' respect & disciplining staff. |
| 01/25/06 | Rec'd req. for records fr. Amtrak attorneys. Will discuss c̄ Chr. |
| 1/30/06 | Thought she had to sign release at deposition. Worried re case – attorney & how she'll hold up in ct. ⏀ ⌀ link betw. tx & suit – conceded balance & will cont. tx self-pay; this reassuring. |

Intake   11/8/05

Christine Curcuru    DOB 4/4/82
4 Northridge Rd.
Beverly MA 01915
c: 508-284-0878
Mother: 508-281-8925 (emergency contact)

prev tx — 1) H.S. only 2 sessions, not c how, not c MD 1st x, since 2x, then stopped

h?iv
s?oiA mgr
"I've been so for life"
to h?s in ny

?ch ?mole/ch 2/50/65
?Kevs' woods, hobit?
etc?

2) Summer of '02 — c Susan Teepell — 12/13 sessions — not so comfortable, short Ø f/u, but Chr found it helpful, "refreshing" to be able to talk ē making people irritated or bring them down

— used to play piano, guitar, exercise — but Ø now, just works, sleeps ~ 12 hrs (feels refreshed mostly).
— not see friends much; lives c Brad (boyfriend) since June — since then not much social life

— finds herself easily irritated, Ø likes that

— has 2 friends, lived c their parents when she returned fr NY — Ø understand why they're so kind to her or why they like her — feels she's neglected them

Christine Corcurz 11/8/05

hear "understanding of myself is now in finding my motivation"

"I think I'm self-defeating" — is self-critical & tries to please everybody
— things changed

"I got often alive in N.Y." "got screwed out by apartment, my cell phone, my [illegible] in [illegible] 2 softie"
— got job in N.Y. [illegible] I moved there & then

parents divorced 25 6

went to Mass Communications College for radio

Christine 11/21/05   Ltr #2 JL

- 1st memory - in CA, m making PBJ sand. in AS crust, watching TV = Barney, ~ 3/4 yrs. old
- Story of birth: birth m (LouAnne) already had Steven = Jim. 2nd 8 yrs before (at 2), given to Mary Anne for adoption [Mary Anne = mom (M)] & Phil, married & moved to CA = Mike & Joyce; Mike & Joyce began family & Mary & not Phil able. Joyce learned her great-nephew avail for adoption fr. LouAnne (LouAnne = birth m). Mary Anne accepted both Steven & Christine fr. LouAnne. LouAnne had Christine in CA, but 1st had misgivings re adoption. Christine's F. is Huck (married to niece dec, he while LouAnne pregnant) (Huck did / didn't know he was (F))

told sketchy account - notes/criticizes M (crit'ly) her "plea" (April '05 ltr)

- rel. c LouAnne is "always forced"; LouAnne very guilty re giving up kids (they have had alcohol/drug prob, was misgivings c had hers, may have been lesbian rel. & not open to parenting)
- birth F refuses to tell his other children (unk) that Christine is his daughter - Chr. not 3° then. Christine found him (age 18/19) by asking LouAnne his name & looking in phone book. She wrote, he was wishy-washy re mtg, but Chr. persisted on Internet. She met Pat, Laura (youngest) & oldest (Mary Anne)
- Christine "It's complicated, but I think it's nice"
- Adoptive parents separated when Christine 6 yrs; Mary Anne became pregnant (!) when ~ 41 yrs old! Tony is brother. When Christ 6, MaryAnne & new back to MA c Tony & (MaryAnne)
- Christine & Steven didn't like Christine now problems? (Christine had internal problems c infertility, etc) got lots of attention when Chr. ~ 3; remembers Steven being mean & teasing her

11/21/05                                            6

At dinner table, Steve always put soda bottle in place to block eyes f/ Chris/sibs — now, she tries to understand, but then she felt he was the outsider, was hurt & wtd to be closer because he was blood relative.

Steve "did not care about me at all" — but she always idealized/imitated him, He ⊘ protect her, etc.

Now rel. is "OK" — he lives in CA; Chris/sis is excited when he's caring, but knows it will always be weird — "It's been over we out."

~~she thinks~~ Steve has alopecia (+ birth m?); when he got it at 26, "walls started coming down" f he lets her in "but I still feel like it's fake...just trying to do the right thing."

Good expee in NY when he came to see her, felt he told her things she'd rather not know re divorce.

_____

11/28/05

After prev. session, Chr. sleepless & cried, re-remembered worshipping him while he hated her (felt both angry & sad for him) because nobody ever asked why he was so angry. Kept wondering why she ⊘ fight back, why she (admired) wanted to be like him.

Steven now separated fr. family, but they admire him, too.

— When Chr. = 7–15, Phil left CA
  When Chr. 6 ??
→ Chr. denied phys or sex. abuse, but there talk re stories f/ Phil erupting, angry, throwing things & intimidating, re restrained/shocking aggression

Christine

~~ref~~ 12/5/05 — Met c̄ John Mothers today, will be deposed Wed, very worried about 3-5 hrs c̄ defense lawyers.

Eric = perp

"1st guy" — After losing criminal trial, Chr. met 2 girls Eric prev. involved c̄

1) Raquel — pulled him aside after he followed her to empty car (she was there to smoke)

2) Ashley — Chr.'s  ~~sweet~~ best friend of party

Christine

1/14/05 — Had to refuse customer's request & nearly feisty, couldn't hear herself clearly. At work mtg, when asked to deliver criticism, found her head shaking — "hate this." (Hx is being outspoken, thinks shifted post-attack)
→ After more examples, 2 biggest problems emerged
  1) self-doubt
  2) fear of "looking stupid."