# EXHIBIT B

| | |
|---|---|
| 1-13-06 | fatigue since last period off + on |
| meds ∅ | nausea, mood swings. Vegitarian x 4 yrs. |
| | Abortion last june  BP 100/80 P 72  T 98 |
| | Urine HCG ⊕ |
| All | LMP 12/7/05 (came early) |
| NKDA | heavy, ended fast |
| | sleeping a lot |

Heent wnl

Abd benign

Cx nl  PAP gonprobe done

√ CBC TSH LFT β sub

Trisponter

Name: Christina Curcuru         Unit No.

| Date | Notes |
|---|---|
| 10-26-04 | urine frequency burning |
| meds: ∅ | BP 100/70 P 64 T 97.1 |
| | ∅ CVA tenderness |
| | Abd benign |
| All: | |
| Septra | U/A ⊕ luek ⊕ blood |
| Sulfa | |
| | UTI |
| | Macrobid 100 BID (20) |
| | |
| 4-26-05 | Pt took claritin ⊘ yesterday sx's a lot worse. |
| meds: ∅ | sinus pressure + pain, chest conj. green + yellow |
| | when she blows her nose, dry cough |
| | BP 110/80 P 64 T 98.9 |
| All: | |
| Septra | TM's ⊕ sinus |
| Sulfa | |
| | |
| | Sinusitis |
| | Augmentin 875 (20) |
| 6/3/05 | PE, see blue sheet |

Stop                                   Do Not Write Below This Line

**PROGRESS RECORD**                **AMY BONNER ESDALE, M.D.**

**Name** _____  **Unit No** _____

| | |
|---|---|
| 3/1/04 | Irregular bleeding — |
| Meds | lg clots went to ER |
| Megestrol | ⊖ inv / Dr Keenan gave her |
| 40 mg | px to stop bleeding |
| 2d | |
| | |
| | intercourse is painful |
| (Allergic | penetration & also deeper |
| sulfa) | |
| | Exam small endometrial |
| | polyp & bleeding |
| | PAP done |
| | Bimanual nl |
| | |
| | Imp dysfunctional bleeding |
| | |
| | Plan Depo |
| | |
| 3-19-04 | discuss thx |
| Meds | 134/82  97⁴ |
| Necon | |
| All → | ACUS PAP discussed c̄ pt |
| Siptra | |
| | Refer gyn — |

Stop _____   Do Not Write Below This Line

**PROGRESS RECORD**      **AMY BONNER ESDALE, M.D.**

Name _____    Unit No _____

| 10/30/02 | F/u labs drawn Monday. |

Allergies Ø

T. 97.5    BP 120/78    P. 76   R. 16

20 yo ♀ for F/u p̄ P.E. States ⊕ 6yr history of ⊕ cw pain. Onset usually @ rest. Never painful w/ Physical Activity. 24° Holter, EKG, CXR. 1st seen + Rx for Pleurisy w/o any Δ in pain. Unknown Family History d/t adopt.

Meds Ø

Labs = chol ↓ creatin, nl K, not Anemic, Nl thoriste level. Stated met Father + noted Hx of Cardiac Bullae w/ similar symptoms. No SOB, sweaty, not dizzy, no HA, no return trig[?]. Unclear Pathology.

PE: well appearing ♀ –

10-26-04
Meds: ENO₂

PROGRESS RECORD        AMY BONNER ESDALE, M.D.

Stop                Do Not Write Below This Line

10-25-01  A: From H/O
            Fatigue R/o thyroid
                    R/o anemia

          P: Labs, PAP
             F/u p̄ labs
             Skin Sx
             ↓ NP

7-16-02  pt here c/o pain in heart
         BP 104/72, P 66, R 16, T 96.3
         ⓛ ear pops @ times

         S/ "ache" & pressure in chest radiates into
            Ⓛ shoulder blade & Ⓛ arm; worst @ rest/night
            lasts for hrs; Advil helps  exercise relieves pain
         O/ RRR, lungs clear b/l  ⊕ pleuritic
                                  ∅ SOB
         A/ ~~Unstable angina~~  atypical chest pain
         P/ EKG, ~~CKMB~~, x-ray, stress test, echocardiogram
                          PA/lateral

         Try pt body lotion c/no
           parfum
         Await dx studies

                                        [signature]

| Name | | Unit No. |
|---|---|---|

| 10·25·01 | CC: 4 months Stomache Aches. |
|---|---|
| Meds | off and on - cramping - no diarrhea. |
| ∅ | ① Questioned yeast infection x 1 week, |
| | tried Monistat 1 - Improved - fatigued - |
| Allergies | ② Painful intercourse, burning and |
| Septra | swelling post ~~about~~ error intercourse |
| | ③ Request screening STD's |
| PMH: | 108/64   64   12   97.7 |
| Asthma | LMP: 10-10-01 x 6d Nml Flow   K. Paullard |
| | PMP: 9-01 - N10 September |
| SH: | Sexual Relations c̄ 1 ♂ Partner - Uses Condom - |
| ⊕ CIGS | "All the time". In OH 9-01 - Unprotected |
| ⊕ ETOH - Heavy | Sx while drinking. |
| "I'm trying | H/o STI: Denies    Last Pap: 8·00 + WNL |
| to quit" | Sexual Partners: 8 Partners - 1 Rated AF 16 y.o. |
| FHx: Adopted | O: Skin: W+D ∅ R/L Piercing - Lower Lip |
| Biological family | HEENT: OM's ⊖ Pharynx |
| ⊕ ETOH | Neck: Supple ∅ Nodes |
| | Chest: ∅ WNT   Lungs: CTA B/L ∅ R/R |
| | CV: S₁ S₂ |
| | Abd: Belly Piercing, Round, Soft, NT, ∅ HSM |
| | GU: Nml education, ⊖ BUS ⊖ Lesions |
| | Vagina: Mod d/c ⊕ Thin Homogenous d/c ⊖ Lesions |
| | Cervix: Nml ⊖ CMT AV |
| | Uterus: Firm, Mobile, ∅ Masses    Adnexa: NT ∅ Masses |
| A: | Vag d/c R/o Vaginitis R/o STD |
| | High Risk Behaviors |

Christina Cuccurese

| | |
|---|---|
| 12.7.00 | f/u → back pain : pt states she feels better - but is still experiencing a pain under her ⓛ breast that "moves" |
| Meds  Ibuprofen 600mg ī prn | 108/56 - 76 - 16 - 98° |
| Allergies  Septra | Tight [illegible] & paraspinus thoracic m[illegible] [illegible] to A  on [illegible]  (+) tender ⓛ [illegible]  [illegible]  Musculoskeletal pain  Cont ibuprofen  [signature] |
| 4/19/01 | pt no menses for 2 wks [illegible] requesting pregnancy test  [signature] Marques |
| 4/26/01 | Pt requesting HIV test  Signed consent form in lab  [signature] Marques |

Stop                                     Do Not Write Below This Line

Name: Christina Corcoran    Unit No: N-18

| | |
|---|---|
| 12.1.00 | c/o Lt. sided pain x sev whs — |
| | also — pt initially made Appt |
| Meds ⊘ | f/i ? of retained tampon — but now |
| | feels there is ∅ prob — VR |
| Allergies | 110/60  68  14  97° |
| Septra | |

Left upper back pain radiating to front, beneath left breast since the summer — gets sharp pain when she takes a deep breath — ↑ hiccups ↑ belching — Sx worse in night & she wakes up

Lungs clear to A
Cor NSR no m
some paraspinous tenderness
adj to Left scapula
∅ tenderness of ribs

Imp: pleuritic c/p
Plan: ✓ CXR / ē Ⓛ rib detail
Ibuprofen 600 q6h

| | |
|---|---|
| 7/31/00 Meds ⊘ Allergies ⊘ Septra | Pap only pt. stopped taking Septra for UTI had a reaction of cramping to set 120/70  72 - 18 p.marques ⊕ pry ⊕ ⓛ pelvic tenderness ⊘ CVA tenderness Abd sft BS soft non tender Pelvic ✓ CX mot non tender, slt ⓛ adnexal tenderness Pelvic pain ✓ Pelvic U/S ✓ Urine C&S RTC for CPX |
| 8/29/00 | Re: See blue sheet also pt states Nausea not eating much no appetite when pt is excited or upset still experiencing pain in ⓛ ABD. |

Stop            Do Not Write Below This Line

**PROGRESS RECORD**            **AMY BONNER ESDALE, M.D.**

| Name | | Unit No. |
|---|---|---|

| | | |
|---|---|---|
| 7/25/00 | New pt. | |
| Meds | Lower abd pain ®side for | |
| Ø | 3 weeks now pain radiates through | |
| | stomache | |
| Allergies | 97.4  122/72   78   18  pmarques | |
| Ø | | |

Ⓛ inguinal pain — constant
esp sitting or shooting down
2d ago entire lower abd aches

LMP 7/11/00

⊕ SA using condoms —
having warning preg ⊕ on
Ⓞ orange, strong smelling

Ø CVA tender[ness]
No [bruising?]

UT)
✓ Urine c+s
Suprax DS (20)
RTC for pap before 8/5

Stop                    Do Not Write Below This Line

**PROGRESS RECORD**                    **AMY BONNER ESDALE, M.D.**

Date: 8.29.00
Name: Christina Curcuru   Age: 18   DOB: 4.4.82
History/Systems review 1-2 weeks   ROS: CV Normal ✓ RESP NORMAL ✓
Wakes up nauseated & tired   GI Normal ✓ NEURO Normal ✓
appetite is poor & vomiting occurs   MS Normal ✓ PSYCH Normal (+)
General very anxious —
prev. panic attacks

Medications: Ø

Medication Allergies: Septra
Periods: Duration 5-6d Cycle reg Flow 2d [new] Cramping Ø STD Ø ABN PAP Ø
LMP: 8/16/00   Last PAP: 7/00   Last MAMMOGRAM: ___   BC Method: Condoms
Smoking 1 ppd - 1½ yrs   Alcohol Beer/ETOH Sporadic   Substances Ø   wants bcp
Risks Seatbelts (+) HIV discussed risks Cardiac ___ Cancer ___
Social History: Starting broadcast school @ MASS Comm.
will live c parents & commute
Physical Exam: Temp 96.8 BP 132/80 Pulse 70 Resp 18 WT 147½ HT 59¼
   HEENT Nl   Neck Nl
   Lungs Nl   Heart NSR
   Breasts: Inspection nl ✓ Nipples nl ✓ Palpation nl ✓ Axilla nl ✓

   Abdomen Nl
   Extremities/Back/Joints Nl
   Neurological: Nl   Skin Nl
   Pelvic — done 7/31
   Testicular ___   Rectal Nl
Laboratory/Xray ___   Bsub
Mammogram Ø Stool OB Ø XRay/US ___
IMPRESSION: Well pt

Prescriptions/Treatments/Recommendations/ Ortho Tricyclen

Referrals Nm

Return Appointment 1m   Signed [signature] M.D.
FOR PAST MEDICAL HISTORY AND FAMILY HISTORY, SEE UPDATED PROBLEM LIST

✱ See P notes

Date: 10/21/02

Name: CHRISTINA CURCURU    Age: 20    DOB: 4/4/82

History/Systems review: *Recurrence of (L) CW/Breast* 
*Pain × 2 years s̄ a true Dx.*
*Whole use - Quit smoking, (R) Knee Inj.*
*Asthma w/ when alg - φ*

ROS: CV Normal ✓  RESP NORMAL ✓
GI Normal ✓  NEURO Normal ✓
MS Normal ✓  PSYCH Normal
General: *Healthy - Adopted ?*

Medications: φ

Medication Allergies: SEPTRA

Periods: Duration Q 28-30 d   Cycle ___   Flow ___   Cramping +   STD φ   ABN PAP φ

LMP: 10/06/02   Last PAP: 11/01   Last MAMMOGRAM: φ   BC Method: φ

Smoking: *1 pk a day qt (Tried)*   Alcohol: *quit this summer*   Substances: φ

Risks Seatbelts +   HIV ___   Cardiac ___   Cancer ___

Social History: *Adopted - Waitressing @ Cameron's - Hying Chose @ Radio Broadcast*
*Stopped using stuff*

Physical Exam: Temp 98   BP 116/62   Pulse 60   Resp 12   WT 145#   HT 5'10½"
HEENT: *EN*   Neck: *Supple*
Lungs: *ABS CTA*   Heart: *S₁ S₂ nr φ tender to (L) CW w/ palpation*
Breasts: Inspection nl ✓  Nipples nl ✓  Palpation nl ✓  Axilla nl ✓
*after nursing*

Abdomen: *Soft φ tend φ HSm*
Extremities/Back/Joints: *WNL ✓*
Neurological: *CN II-XII ✓*   Skin: *(+) (L) nipple nursing / flat aureola discol*
Pelvic: *PAP taken φ cyst φ adnex tender*
Testicular ___   Rectal ___

Laboratory/Xray: *C. Reactive Protein / Homocyst. / Ca 125 / TSH*
Mammogram ___  Stool OB ✓  XRay/US ___

IMPRESSION: *Well healthy ♀*

Prescriptions/Treatments/Recommendations: *Multi Vit w/ B Caplet*
*(+) (L) Chest discomfort s/off w/ u(-) past*
*w US / stress test / SR Pt. (RFH - ads + Early Hysterectomy w/ mother, aunts etc.)*
*→ Ca125 / C reactive Protein / Homocyst.*

Referrals: *φ + Family Continuity Service w/ needed Attny, Caseth.*

Return Appointment: *7-10 days*   Signed ___ M.D.

FOR PAST MEDICAL HISTORY AND FAMILY HISTORY, SEE UPDATED PROBLEM LIST

Date: 6/9/05

Name: Christina Curcuru                                Age: 23  DOB: 4/4/1982
History/Systems review (+) HCG today          ROS: CV Normal ✓ RESP NORMAL ✓
Vague nausea                                                GI Normal (+) NEURO Normal ✓
_____         MS Normal ✓ PSYCH Normal ✓
_____         General _____

Medications: ∅

Medication Allergies: ∅

Periods: Duration____ Cycle____ Flow____ Cramping____ STD____ ABN PAP____
                                                                                                          wants b/p
LMP: 4/28/05  Last PAP: 6/04    Last MAMMOGRAM:____  BC Method: it prey tr___

Smoking 1/3 pck day Alcohol social  Substances ∅   HIV Risks____
                                    CAGE ⊖
Social History: Lives c boyfriend. Pt manages her
Salon "Lords & Ladies"
Domestic Safety: Referral____
                                          (am
Physical Exam: Temp 97³ BP 110/80 Pulse 80 Resp 19 WT 135 HT 69½"
        HEENT ___ nl ___     Neck  nl
        Lungs         nl         Heart  nl
        Breasts: Inspection nl ✓ Nipples nl ✓ Palpation nl ✓ Axilla nl ✓

        Abdomen           nl
        Extremities/Back/Joints   nl
        Neurological:     nl    Skin  nl
        Pelvic   deferred (+) HCG
        Testicular____                Rectal____
Laboratory/Xray  CBC d TFT LFT  quant HCG
Mammogram ∅ Stool OB ∅ XRay/US____

IMPRESSION: Well pt.
Health Risks: Obesity__ Smoking__ HTN__ FH__ DM__ Sedentary__ Substances__ Other__

Prescriptions/Treatments/Recommendations/____

Colonoscopy: offered__ accepted__ Refused__

Referrals: Campbell GYN/Lynn

Return Appointment_____ Signed _____ M.D.

FOR PAST MEDICAL HISTORY AND FAMILY HISTORY, SEE UPDATED PROBLEM LIST