# EXHIBIT C

TELEPHONE: 617-522-5557                                    OFFICE LOCATION:
                                                            1368 Beacon Street
                                                            Suite 110
                                                            Brookline, MA 02446

## SUSAN JAMPEL, L.I.C.S.W.

16 Beaufort Road #1
Jamaica Plain, MA 02130



December 7, 2004

   Christina Cuċuru was referred to me for psychotherapy on 2/8/02 by Jane Honoroff, LICSW of the Greater Boston Legal Aid Project. Ms. Cuċuru had come to her attention through a victims' advocate; having been sexually assaulted by an employee on a Commuter Rail train, she sought help with her emotional state resulting from this traumatic episode.

   I saw Ms. Cuċuru in treatment a total of eighteen times from 2/8/02 to 7/15/02. It was my impression that she was suffering from post-traumatic stress syndrome, in combination with late adolescent adjustment issues and a history of loss and trauma within her family.

   Ms. Cuċuru demonstrated a keen desire to take responsibility for her life and her problems. Had she been financially able, I think she would have remained in treatment and profited from a longer therapeutic experience. Within the limitations that existed, she dealt with the aftermath of her trauma, managed to complete the second year of her college program, and to work on family and social relationships.

   Please feel free to contact me for further information or help if needed.

Sincerely yours,

Susan Jampel, LICSW

*Copy of letter sent to Ms. Cucuru's attorney last year, misspelling included.*