# EXHIBIT D

Christine C.    DOB 9/4/82

11/1/05 Intake: (Referred by John Matheson - says was involved in traumatic incident) Chr. arrived c̄ boyfriend who waited outside. Somewhat distressed, but controlled, said was assaulted on train, & gave other examples/people taking advantage / trust. c̄/o loss of motivation, loss of prev. interests - music, writing - diminished contact c̄ friends. Goals for tx: understanding self, recovery of motivation & confidence, elim. of excessive self-criticism (ego-dystonic?) irritability.

11/10/05 Phone mssg. fr. Chr. - Ø tolerate travel to Boston for appt's, but liked 1st session. (Will ask Jody if I can use NBCS for her.)

11/18/05 Called Chr., offered to meet at NBCS, agreed for trial appt. NBCS OK c̄ Chr, we'll meet Mon's.

11/21/05 Began life hx - very confusing to me - bio bro is M, M avg is mom, birth F is Matt, Phil is Dad. Chr. noticed assault - upset, M is supportive - Chr. angry c̄ this. Chr. Ø blame herself beyond initial willingness to spk c̄ perp, who she'd met/spk c̄ before. Hx of bro Steven being mean to her.

11/28/05 Upset after prev. hrs - sleepless & cried. Ø understand why she felt sorry for bro who threw things & yelled at her; she resented, but still felt sorry.

12/05/05 Worried re upcoming deposition - who'll be there, will she be nervous, etc.

12/12/05 Deposition hard - cried after. Cont'd hx: Assertive in theay of unfairness, but good student. Started college 2001, assault in '01 - 5th semester.

01/16/06 Focus on work issues - Owner asked if she'd like to manage new shop in Burl. Looked at difficulty c̄ customer's expected c̄ disciplining staff.

01/23/06 Rec'd req. for records fr. Antrk attorneys. Will discuss c̄ Chr.

1/30/06 Thought she had to sign release at deposition. Worried re case - attorneys & how she'll hold up in testim. Ø $ link betw. tx & suit - canceled balance & will cont. tx self-pay; this reassuring.

Intake    11/8/05

Christine Curcuru    D.O.B 4/4/82
4 Northridge Rd.
Beverly MA 01915
c: 508-284-0878
Mother: 508-281-8925 (emergency contact)

prev tx — 1) H.S. only 2 sessions,
not c̄ Lowell, not c̄ Mollst x,
since 2x, then stopped

"h²IV
A⁵²⁰¹⁰A mgv
"I've been so for life"
john's in xy

? ch²holcoh — 2/50/65
flexi' woods, habit'i
eta?

2) Summer of '02 — c̄ Susan
Tuppel — 12/13 sessions — not
$50 comfortable, that Ø f/u/k/b, but
Chri found it helpful, "refreshing"
to be able to talk ī making people
irritated or being their bore

— used to play piano, guitar, write, but
Ø now, just works, sleeps ≈ 12 hrs
(feels refreshed mostly).
— not see friends much; lives c̄ Joel
(boyfriend) since June — since then, not
much social life

— finds herself easily irritated, Ø like that

— has 2 friends, lived c̄ their parents when
she returned fr NY — Ø understood
why they're so kind to her or why they
like her — feels she's neglected them

Christine Corcoran 11/8/05

"understanding of myself is in finding my motivation."

"I think I'm self-defeating" — is self-critical & tries to please everybody — things changed

"I got older living in N.Y." "got scared out by apartment, my cell phone, my [illegible] in [illegible] softie."
— got job in N.Y. @ VH1, moved there & then

parents divorced
25 ↑ 6

went to Mass Communications College for radio

Christine 11/21/05        Ltr #2 JL

- 1st memory - in CA, m making PBJ sand. in AS crust, watching TV in bed; ~3/4 yrs. old
- Story of birth: birth m (LouAnne) already had Steven = Jim & no yrs before (at 2, St. given to Mary Anne for adoption [Mary Anne = mom (M)] & Phil married & moved to CA = Mike & Joyce; Mike & Joyce began family & Mary Anne & Phil able. Joyce learned her great-nephew avail for adoption fr. LouAnne (LouAnne = birth m). ~~Mary Anne~~ accepted both Steven & Christine fr. LouAnne. LouAnne had Christine in CA, but 1st had misgivings re adoption. Christine's F. is Huck (married to niece — he while LouAnne pregnant) (Huck had / didn't know he was (F))

   (told sketchy/conflicting accts of notes; criticizes M for her role — April "25" stuff)

- rel. c̄ LouAnne is "always forced"; LouAnne very guilty re giving up kids (they have had alcohol/drug prob, was misgivings c̄ bad hrs, may have been lesbian rel. & not open to parenting)

(pink) - birth F refuses to tell his other children that Christine is his daughter - Chr. met 3° then. Christine found him (age 18/19) by asking LouAnne his name & looking in phone book. She wrote, he was wishy-washy re mtg, but Chr. persisted on Internet. She met Pat, Laure (youngest 2) & oldest (MaryAnne)

- Christine: "It's complicated, but I think it's nice"

- Adoptive parents separated when Christine 6 yrs: Mary Anne became pregnant (J) when C~1 yr old; Tony is brother. When Christ. 6, MaryAnne & several back to MA c̄ Tony & (Mary Anne) ~~Christine & Steven didn't like Christine~~ not ~~there~~ ~~very close~~ (Christine had internal problems c̄ infertility & took lots of attention) when Chr. ~3, recorded Steven being mean, teasing her

11/21/05                                              6

At dinner table, Steve always put salt bottle in place to block eyes for Christine — now, she tries to understand, but then she felt he was the outsider, was hurt & wanted to be closer because he was blood relative.

Steven "did not care about me at all" — but she always denied/minimized him, He protected her, etc.

Now rel. is "OK" — he lives in CA; Christine is excited when he's coming, but knows it will always be awkward — "It was ok we cut." Steve has alopecia (& birth m?), when he got it at 26, "wells started coming down" & he lets her in "but I still feel like it's fake... just trying to do the right thing"

Good exper in NY when he came to see her, felt he told her things she'd rather not know re divorce.

—————————————

11/28/05

After prev. session, Chr. sleepless & cried — remembered worshipping him while he hated her (felt both angry & sad for him) because nobody ever asked why he was so angry. Kept wondering why she didn't fight back, why she admired & wanted to be like him.

Steven was separated fr. family, but they admire him, too.

- When Chr. = 7-15, Phil left CA
- When Chr. 6, M
→ Chr. denied phys or sext. abuse, but there told many stories of Phil erupting, cursing, throwing things & intimidating & restrained/shouting aggressive

Christine

~~~~ 12/5/05 — Met c John Mothers today, will be deposed Wed — worried about 3-5 hrs c defense lawyers.

Eric = perp

1st guy — After losing criminal trial, Chr. met 2 girls Eric prev. involved c

1) Raquel — pulled her aside after he followed her to empty car (she was there to smoke)

2) Ashley — Chris met her at party

Christine

1/14/05 — Hd to refuse customer's request & nearly feisty, couldn't hear herself clearly. At work at tx, when asked to deliver criticism, found her head shaking — "hate this." (Hx is "being outspoken," thinks shifted post-attack)
→ After more examples, 2 biggest problems emerged:
  1) self-doubt
  2) fear of "looking stupid."