UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINA R. CURCURU, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY )<br>and AMTRAK, )<br>    Defendants. )<br>) | DOCKET NO. 03-12599JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter the Withdrawal of Appearance of the undersigned as counsel for the Plaintiff, Christina R. Curcuru. This withdrawal is accompanied by the appearance of Timothy G. Lynch, Esquire, as counsel for said Plaintiff

        Respectfully submitted,
        Christina Curcuru,
        By her attorneys,

Dated: _____

        /s/ John P. Matheson
        Fredric Swartz, BBO# 489560
        Timothy G. Lynch, BBO# 546442
        John P. Matheson, BBO# 651742
        SWARTZ MCKENNA & LYNCH, LLP
        Old City Hall, 45 School Street
        Boston, MA 02108
        Tel: 617-367-2882
        Fax: 617-367-2289

## CERTIFICATE OF SERVICE

I, John P. Matheson, counsel for Plaintiff, do hereby certify that on this 20th day of March, 2006, I caused to be served a true copy of the foregoing document upon Defendants, by mailing same, first class mail, postage pre-paid to their counsel of record:

ATTORNEYS FOR MBTA
Paul J. Sahovey, BBO #437900
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189

ATTORNEYS FOR AMTRAK
John A. Kiernan, BBO #271020
Stephen E. Hughes, BBO #629644
Bonner Kiernan Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA 02109
(617) 426-3900

                                                /s/ John P. Matheson
                                               John P. Matheson