UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRINSTINA R. CURCURU,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MASSACHUSETTS BAY  )<br>TRANSPORTATION AUTHORITY  )<br>and AMTRAK,  )<br>    Defendants.  )<br>  ) | DOCKET NO. 03-12599JLT |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as attorneys for Plaintiff, Christina R. Curcuru, in the above-entitled case.

                          Respectfully submitted,
                          Christina Curcuru,
                          By her attorneys,

Dated: _____                   /s/ Timothy G. Lynch
                          Fredric Swartz, BBO# 489560
                          Timothy G. Lynch, BBO# 546442
                          SWARTZ MCKENNA & LYNCH, LLP
                          Old City Hall, 45 School Street
                          Boston, MA 02108
                          Tel: 617-367-2882
                          Fax: 617-367-2289

### CERTIFICATE OF SERVICE

    I, Timothy G. Lynch, counsel for Plaintiff, do hereby certify that on this 20th day of March, 2006, I caused to be served a true copy of the foregoing document upon Defendants, by mailing same, first class mail, postage pre-paid to their counsel of record:

<u>ATTORNEYS FOR MBTA</u>
Paul J. Sahovey, BBO #437900
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 222-3189

<u>ATTORNEYS FOR AMTRAK</u>
John A. Kiernan, BBO #271020
Stephen E. Hughes, BBO #629644
Bonner Kiernan Trebach & Crociata
One Liberty Square, 6th Floor
Boston, MA 02109
(617) 426-3900

        /s/ Timothy G. Lynch
Timothy G. Lynch