UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHRISTINA R. CURCURU**
    Plaintiff,

V                                              CA 03-12599-JLT

**MASS BAY TRANSPORTATION AUTHORITY,**
and AMTRAK
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on April 14, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                    Zita Lovett
                                    /s/
                                    _____
                                    **Deputy Clerk**

May 11, 2006