UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  03 12599 JLT

CHRISTINA R. CURCURU,          *
    Plaintiff                  *
                                *
vs.                            *    STIPULATION OF DISMISSAL
                                *
MASSACHUSETTS BAY              *
TRANSPORTATION AUTHORITY AND   *
AMTRAK                         *
    Defendants                 *

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

| Defendant | Plaintiff |
|---|---|
| MASSACHUSETTS BAY | |
| TRANSPORTATION AUTHORITY | CHRISTINA R. CURCURU |
| By its attorney, | By her attorney, |
| *(signature)* | *(signature)* |
| Paul J. Sahovey, Esq. | Frederic Swartz, Esq. |
| Assistant General Counsel | Swartz, McKenna & Lynch |
| Transportation Building | 45 School Street |
| Ten Park Plaza | Boston, MA  02108 |
| Boston, MA  02116 | |
| BBO  #437900 | |

AMTRAK
By its attorney,

*(signature)*
Stephen E. Hughes, Esq.
Bonner, Kiernan Trebach & Crociata
One Liberty Square
Boston, MA  02109